634

of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *F. E. Youngman* for respondent.

No. 470. CONSUMERS NATURAL GAS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Douglas M. Moffat* and *Wm. D. Whitney* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 471. GEORGE *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles B. McInnis* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 472. JOHNSTON, RECEIVER, *v.* GOLL ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John F. Anderson, F. G. Awalt,* and *George P. Barse* for petitioner. *Mr. E. C. Michener* for respondents.

No. 473. BAKER, ANCILLARY RECEIVER, *v.* W. J. KENNEDY DAIRY CO. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth